David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

RICHARD CARL NELSON
JENNIFER LYNN NELSON,
   Debtor(s)

Bankruptcy No. 08-26164
(Chapter 7)
Judge R. Kimball Mosier



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ✔ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ____ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 5018 | SFC- Central Bankruptcy<br>209 Dawson Rd. Ste 4B<br>Columbia, SC 29223 | $48.29 |

A check in the amount of $48.29 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this _19_ day of October, 2011

DAVID L. MILLER
Chapter 7 Trustee